GLANCY PRONGAY & MURRAY LLP
LIONEL Z. GLANCY (SBN 134180)
ROBERT V. PRONGAY (SBN 270796)
CASEY E. SADLER (SBN 274241)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: lglancy@glancylaw.com
rprongay@glancylaw.com
csadler@glancylaw.com

*Attorneys for Lead Plaintiff AMISH PATEL*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISH PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AXESSTEL, INC., H. CLARK HICKOCK and PATRICK GRAY,<br><br>Defendants. | Case No. 3:14-cv-01037-CAB-BGS<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT, CLASS CERTIFICATION AND THE PLAN OF ALLOCATION**<br><br>Date: October 15, 2015<br>Time: 2:00 p.m.<br>Crtm: 4C<br>Judge: Hon. Cathy Ann Bencivengo |

315379.3
NOTICE OF MOTION AND MOTION
Case No. 3:14-cv-01037-CAB-BGS

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD HEREIN:
3  PLEASE TAKE NOTICE that on October 15, 2015, at 2:00 p.m., in
4
5  Courtroom 4C of the above-referenced court, located at 221 West Broadway, San
6  Diego, California 92101, before the Honorable Cathy A. Bencivengo, United
7
8  States District Court Judge, Lead Plaintiff Amish Patel and Plaintiff Jesse Cowen
9  will and hereby do move this Court for an order (1) finally approving the
10 settlement of this Litigation; (2) certifying the Settlement Class; and (3) approving
11
12 the Plan of Allocation for the distribution of the Settlement Fund.
13     This Motion is based upon the Notice of Motion and Motion; the
14 Memorandum in Support; the Declaration of Robert V. Prongay; and all pleadings
15
16 and papers filed herein.

| | | |
|---|---|---|
| 1 | Dated:  September 10, 2015 | GLANCY PRONGAY & MURRAY LLP |

By: ___*s/ Robert V. Prongay*___
Lionel Z. Glancy
Robert V. Prongay
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:  info@glancylaw.com

*Lead Counsel for Lead Plaintiff
and the Class*

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF CALIFORNIA LOCAL RULES

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On September 10, 2015, I caused to be served the following documents:

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT, CLASS CERTIFICATION AND THE PLAN OF ALLOCATION**

**MEMORANDUM IN SUPPORT OF MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT, CLASS CERTIFICATION AND THE PLAN OF ALLOCATION**

By posting the documents to the ECF Website of the United States District Court for the Southern District of California, for receipt electronically by the parties as listed on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 10, 2015, at Los Angeles, California.

                                          *s/ Robert V. Prongay*
                                          Robert V. Prongay

315424.1 AXESSTEL

# Mailing Information for a Case 3:14-cv-01037-CAB-BGS Patel et al v. Axesstel, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Z Glancy**
  info@glancylaw.com,lboyarsky@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,lheine@glancylaw.com,bmurray@glancylaw.com

- **Bridget J. Russell**
  brussell@sheppardmullin.com,jstigi@sheppardmullin.com,lchu@sheppardmullin.com

- **Casey Edwards Sadler**
  csadler@glancylaw.com,info@glancylaw.com

- **John P Stigi , III**
  jstigi@sheppardmullin.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)