GLANCY PRONGAY & MURRAY LLP
LIONEL Z. GLANCY (SBN 134180)
ROBERT V. PRONGAY (SBN 270796)
CASEY E. SADLER (SBN 274241)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: lglancy@glancylaw.com
rprongay@glancylaw.com
csadler@glancylaw.com

*Attorneys for Lead Plaintiff AMISH PATEL*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMISH PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AXESSTEL, INC., H. CLARK HICKOCK and PATRICK GRAY,<br><br>Defendants. | Case No. 3:14-cv-01037-CAB-BGS<br><br>**NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES, AND REIMBURSEMENT OF LEAD PLAINTIFF'S COSTS AND EXPENSES**<br><br>Date: October 15, 2015<br>Time: 2:00 p.m.<br>Crtm: 4C<br>Judge: Hon. Cathy Ann Bencivengo |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on October 15, 2015, at 2:00 p.m., in Courtroom 4C of the above-referenced court, located at 221 West Broadway, San Diego, California 92101, before the Honorable Cathy A. Bencivengo, United States District Court Judge, Lead Plaintiff Amish Patel and Plaintiff Jesse Cowen will and hereby do move this Court for an order (1) awarding Lead Counsel attorneys' fees; (2) reimbursing Lead Counsel's litigation expenses from the Settlement Fund; and (3) reimbursing Lead Plaintiff's costs and expenses.

This Motion is based upon the Notice of Motion and Motion; the Memorandum in Support; the Declaration of Robert V. Prongay; and all pleadings and papers filed herein.

| | | |
|---|---|---|
| 1 | Dated:  September 10, 2015 | GLANCY PRONGAY & MURRAY LLP |
| 2 | | |
| 3 | | By: _s/ Robert V. Prongay_ |
| 4 | | Lionel Z. Glancy |
| | | Robert V. Prongay |
| 5 | | Casey E. Sadler |
| 6 | | 1925 Century Park East, Suite 2100 |
| | | Los Angeles, California 90067 |
| 7 | | Telephone:  (310) 201-9150 |
| 8 | | Facsimile:  (310) 201-9160 |
| | | Email:  info@glancylaw.com |
| 9 | | |
| 10 | | *Lead Counsel for Lead Plaintiff* |
| | | *and the Class* |

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF CALIFORNIA LOCAL RULES

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action.  My business address is 1925 Century Park East, Suite 2100, Los Angeles, California  90067.

On September 10, 2015, I caused to be served the following documents:

**NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES, AND REIMBURSEMENT OF LEAD PLAINTIFF'S COSTS AND EXPENSES**

**MEMORANDUM IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES, AND REIMBURSEMENT OF LEAD PLAINTIFF'S COSTS AND EXPENSES**

By posting the documents to the ECF Website of the United States District Court for the Southern District of California, for receipt electronically by the parties as listed on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 10, 2015, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay

315424.1 AXESSTEL

# Mailing Information for a Case 3:14-cv-01037-CAB-BGS Patel et al v. Axesstel, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Z Glancy**
  info@glancylaw.com,lboyarsky@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,lheine@glancylaw.com,bmurray@glancylaw.com

- **Bridget J. Russell**
  brussell@sheppardmullin.com,jstigi@sheppardmullin.com,lchu@sheppardmullin.com

- **Casey Edwards Sadler**
  csadler@glancylaw.com,info@glancylaw.com

- **John P Stigi , III**
  jstigi@sheppardmullin.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)