LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
CASEY E. SADLER (#274241)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:(310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMISH PATEL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff.<br><br>v.<br><br>AXESSTEL, INC., H. CLARK HICKOCK and PATRICK GRAY,<br><br>Defendants. | Case No. 3:14-cv-01037-CAB-BGS<br><br>**NOTICE OF MOTION AND MOTION FOR AN ORDER AUTHORIZING THE DISTRIBUTION OF THE NET SETTLEMENT FUND**<br><br>Motion Date: May 3, 2016<br><br>PER CHAMBERS, NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that, on May 3, 2016, at a time to be determined by the Court, in Courtroom 4C of the above-referenced court, located at 221 West Broadway, San Diego, California 92101, before the Honorable Cathy A. Bencivengo, United States District Court Judge, Lead Plaintiff Amish Patel ("Lead Plaintiff") and Plaintiff Jesse Cowen (collectively, "Plaintiffs") will and hereby do move the Court for entry of the Order, filed concurrently herewith, authorizing the following:

1. Approve the procedures used and actions taken by Gilardi & Co. LLC ("Gilardi" or "Claims Administrator") and Lead Counsel in the administration of the Settlement as described in the Declaration of Nashira McCoy (the "McCoy Declaration"), filed concurrently herewith;

2. Authorize payment to Gilardi from the Net Settlement Fund in the amount of $26,757.40 for fees and expenses incurred or reasonably expected to be incurred in connection with settlement administration and the initial distribution;

3. Approve the 59 valid claims of Class Members identified in the list of Accepted Claimants with Recognized Loss, attached as Exhibit B-1 to the McCoy Declaration, including the six late but otherwise valid claims, as if they had been filed by the Court-ordered deadline of October 19, 2015;

4. Approve the rejection of the 28 invalid claims identified in the list of Rejected Claimants, attached as Exhibit B-2 to the McCoy Declaration;

5. Direct that no claim received on or after March 18, 2016 may be accepted for any reason whatsoever, and that no further adjustments to claims may be made for any reason after March 18, 2016;

6. Direct that the entire balance of the Net Settlement Fund, after deducting payments previously allowed and requested herein, and after the payment of any estimated taxes and costs of preparing appropriate tax returns and any escrow fees, be

distributed to the Authorized Claimants[1] identified in Exhibit B-1 to the McCoy Declaration based on each Authorized Claimant's Recognized Loss in comparison to the total Recognized Losses of all Authorized Claimants;

7. Authorize and direct that, if economically feasible, any funds remaining in the Net Settlement Fund after the initial distribution will be allocated in a second distribution to Authorized Claimants who have cashed their checks from the initial distribution, or that, if a second distribution is not economically feasible, the balance of the Net Settlement Fund will be donated to one or more secular Section 501(c)(3) organization(s) selected by the Court;

8. Bar any further claims against the Net Settlement Fund beyond the amount allocated to Authorized Claimants, and release and discharge from any and all claims arising out of the claims administration, all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration of the Settlement Fund or the Net Settlement Fund; and

9. Direct the destruction of claim forms and records in paper form not until one year after distribution of the Net Settlement Fund, and the destruction of claim forms and records in electronic form not until three years after distribution of the Net Settlement Fund.

This Motion is based upon the Notice of Motion and Motion; the Memorandum of Point and Authorities in Support; the Declaration of Nashira McCoy; and all pleadings and papers filed herein.

---

[1] Unless otherwise defined herein, all defined terms have the meanings set forth in the Stipulation of Settlement dated June 8, 2015.

DATED: April 5, 2016

GLANCY PRONGAY & MURRAY LLP

By: *s/ Casey E. Sadler*

Lionel Z. Glancy
Robert V. Prongay
Casey E. Sadler
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Lead Plaintiff and the Class*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF CALIFORNIA LOCAL RULES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On April 5, 2016, I caused to be served the following documents:

**NOTICE OF MOTION AND MOTION FOR AN ORDER AUTHORIZING THE DISTRIBUTION OF THE NET SETTLEMENT FUND**

**MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR AN ORDER AUTHORIZING THE DISTRIBUTION OF THE NET SETTLEMENT FUND**

**DECLARATION OF NASHIRA MCCOY IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER AUTHORIZING THE DISTRIBUTION OF THE NET SETTLEMENT FUND**

By posting the document to the ECF Website of the United States District Court for the Southern District of California, for receipt electronically by the parties as listed on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 5, 2016, at Los Angeles, California.

*s/ Casey E. Sadler*
Casey E. Sadler

# Mailing Information for a Case 3:14-cv-01037-CAB-BGS Patel et al v. Axesstel, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com
- **Lionel Z Glancy**
  info@glancylaw.com,lglancy@glancylaw.com
- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,lheine@glancylaw.com,bmurray@glancylaw.com
- **Bridget J. Russell**
  brussell@sheppardmullin.com,jstigi@sheppardmullin.com,lchu@sheppardmullin.com
- **Casey Edwards Sadler**
  csadler@glancylaw.com,info@glancylaw.com
- **John P Stigi , III**
  jstigi@sheppardmullin.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)